# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF K. S., A MINOR

KWAME A. S.,
                    Appellant,
          vs.
STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,
                    Respondent.

No. 78586

FILED

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from juvenile court orders entered in an NRS Chapter 432B abuse and neglect action. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

In the orders challenged in this appeal, the juvenile court placed the subject minor first in a licensed foster home and then with an unlicensed relative, and maintained a permanency plan goal of reunification. Because a final order has not been entered by a district court establishing or altering custody of the minor child, this court lacks jurisdiction to consider this appeal. *See* NRAP 3A(b)(7) (authorizing an appeal from an order "that did not arise in a juvenile court that finally establishes or alters the custody of minor children"); *In re A.B.,* 128 Nev. 764, 769, 291 P.3d 122, 126 (2012) ("[B]ecause the lower court's order arises from a juvenile proceeding and concerns child custody, it is not substantively appealable under NRAP 3A, and therefore, [the] only remedy

19-22372

is by way of a petition for a writ of mandamus."). Accordingly, this court lacks jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.

_____ Pickering _____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Hon. Robert Teuton, District Judge, Family Court Division
      Kwame Anir Saafir
      Clark County District Attorney/Juvenile Division
      Eighth District Court Clerk